Fidelity and Deposit Company of Maryland, Appellant, v. Frank E. Ouchie and Josephine Ouchie, Respondents.— Judgment affirmed, with costs. All concurred.

The City of Fulton, Appellant, v. Thomas Coles, as Sole Trustee of School District No. 18, of the Town of Granby, N. Y., Respondent.— Judgment affirmed, with costs. All concurred.

John Atkins, Appellant, v. William Van Scoter, Respondent.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to serve an amended complaint within twenty days, upon payment of the costs of the demurrer and of this appeal. All concurred.

La Clede Manufacturing Company, Respondent, v. Adam F. Gebhard, Appellant.— Judgment affirmed, with costs. All concurred.

Ryan Elevator and Forwarding Company, Respondent, v. The A. A. Robbins Mining Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of John F. Patterson, an Attorney and Counselor at Law.— Upon the petition of the Bar Association of Erie county, the said John F. Patterson appearing and admitting the allegations of the petition, it is ordered that said John F. Patterson be removed from his office of attorney and counselor at law and forbidden to practice in any of the courts of this State, and his name stricken from the roll of attorneys and counselors of the Supreme Court.

Barcalo Manufacturing Company, Appellant, v. Maldonada & Company, Respondent.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

Fred Demas, an Infant, etc., Appellant, v. Oswego Falls Pulp and Paper Company, Respondent.— Motion for leave to appeal to Court of Appeals granted. Motion for reargument denied. Leave to appeal is granted in this case for the reason that it may be that the question of whether Caladine was exercising an act of superintendence in moving the lever which started the machinery was for the jury to pass upon.

Charles E. Foster, Respondent, v. The B. I. Crooker Company, Appellant, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

Frederick Whittlesey, as Trustee, etc., Respondent, v. Philip Becker & Company, Appellant.— Motion to amend decision denied, without costs.

Anthony Kozlowski, Respondent, v. Rochester, Syracuse and Eastern Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion to amend decision denied.

William A. Rumpf, Respondent, v. Charles D. Brown, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Rose C. Seager, as Administratrix, etc., of Barry Seager, Deceased, Appellant, v. The Solvay Process Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

James Gurvin, Respondent, v. The New York Central and Hudson River Railroad Company and Tonawanda Iron and Steel Company, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.